JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJI DUNCAN, | Case No. 8:14-cv-01619 JLS (DFMx) |
| Plaintiff, | **ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND TO DISMISS PENDING ACTION** |
| v. | |
| SOUTHERN CALIFORNIA UNITED FOOD & COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT BENEFIT FUNDS ADMINISTRATION, LLC, a California limited liability company; and DOES 1 through 50, | Judge: Hon. Josephine L. Staton |
| | Trial Date: October 13, 2015 |
| | Date Action Filed: September 4, 2014 |
| | Removed: October 6, 2014 |
| Defendants. | |

1. Pursuant to the Stipulation of the Parties, this matter is submitted to binding arbitration, and this federal action is dismissed without prejudice.

2. The Court will retain jurisdiction for the limited purpose of appointing a neutral arbitrator if the Parties are unable to agree to an arbitrator.

3. All court ordered dates, including the trial date of October 13, 2015, and the court ordered mediation, are hereby vacated.

**IT IS SO ORDERED:**

DATED: April 21, 2015

_____
Hon. Josephine L. Staton
United States District Judge