JAY S. ROTHMAN & ASSOCIATES
Jay S. Rothman, SBN 49739
21900 Burbank Blvd., Suite 210
Woodland Hills, California 91367
E-Mail: Lawyers@Jayrothmanlaw.Com
Telephone: (818) 986-7870
Facsimile: (818) 990-3019

Attorneys for Plaintiff SONJI DUNCAN

SEYFARTH SHAW LLP
F. Scott Page (SBN 108515)
spage@seyfarth.com
Jennifer Gentin (SBN 146888)
jgentin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
SOUTHERN CALIFORNIA UNITED FOOD &
COMMERCIAL WORKERS UNIONS AND
FOOD EMPLOYERS JOINT BENEFIT FUNDS
ADMINISTRATION, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJI DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA UNITED FOOD & COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT BENEFIT FUNDS ADMINISTRATION, LLC, a California limited liability company; and DOES 1 through 50,<br><br>Defendants. | CASE NO. 14-cv-01619 JLS (DFMx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)-(B)**<br><br>Judge:          Josephine L. Staton<br>Trial Date:    None Set<br>Date Action Filed: September 4, 2014<br>Removed:     October 6, 2014 |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Sonji Duncan and Defendant Southern California United Food & Commercial Workers Unions and Food Employers Joint Benefit Funds Administration, LLC, by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear their own fees and costs

Dated: 9-20, 2016

JAY S. ROTHMAN & ASSOCIATES

By: _____
Jay S. Rothman
Ken Myers

Attorneys for Plaintiff
SONJI DUNCAN

DATED: 10/14, 2016

SEYFARTH SHAW LLP

By: _____
F. Scott Page
Jennifer Gentin

Attorneys for Defendant
SOUTHERN CALIFORNIA UNITED
FOOD & COMMERCIAL WORKERS
UNIONS AND FOOD EMPLOYERS
JOINT BENEFIT FUNDS
ADMINISTRATION, LLC